**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00794-CR

**JORGE BARROQUIN-TABARES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53472-V**

## ORDER

The Court **REINSTATES** the appeal.

On October 2, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 14, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 2, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
           JUSTICE